FILED

DEC 18 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOSE MORALES (1),**<br>**ENRIQUE OBREGON a.k.a. ENRIQUE OBREGON-NAKAO (2),**<br>**MARIO HERRERA PALOMO (3), and**<br>**ERICA CARREON (4)**<br><br>**Defendants.** | **SUPERSEDING INDICTMENT**<br><br>**SA-18-CR-876-DAE**<br><br>**COUNT I:** 21 USC §846, 841(a)(1) and 841(b)(1)(A)(viii) – Conspiracy to Possess with Intent to Distribute (Methamphetamine)<br><br>**COUNT II:** 21 USC §841(a)(1) and 841(b)(1)(B)(viii) – Possession with Intent to Distribute (Methamphetamine)<br><br>**COUNT III:** 21 USC §841(a)(1) and 841(b)(1)(B)(viii) – Possession with Intent to Distribute (Methamphetamine)<br><br>**COUNT IV:** 8 U.S.C. § 1326(a) – Illegal Re-Entry into the United States |

THE GRAND JURY CHARGES:

## COUNT ONE
### [21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii)]

That beginning on or about October 1, 2018, and continuing through and including October 30, 2018, in the Western District of Texas and elsewhere, Defendants,

**JOSE MORALES (1),**
**ENRIQUE OBREGON a.k.a. ENRIQUE OBREGON-NAKAO (2),**
**MARIO HERRERA PALOMO (3), and**
**ERICA CARREON (4)**

and others unknown to the Grand Jury, did knowingly, and intentionally combine, conspire, confederate and agree to distribute and possess with intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

That on or about October 25, 2018, in the Western District of Texas, Defendants,

**JOSE MORALES (1),**
**MARIO HERRERA PALOMO (3), and**
**ERICA CARREON (4)**

did unlawfully, knowingly, and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

That on or about October 30, 2018, in the Western District of Texas, Defendants,

**JOSE MORALES (1),**
**MARIO HERRERA PALOMO (3), and**
**ERICA CARREON (4)**

did unlawfully, knowingly, and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FOUR
### [8 U.S.C. § 1326(a)]

On or about October 30, 2018, in the Western District of Texas, Defendant,

**ENRIQUE OBREGON a.k.a. ENRIQUE OBREGON-NAKAO (2),**

an alien, who had previously been excluded, deported, and removed from the United States on or about March 2, 2008, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

<u>**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**</u>
[*See* Fed. R. Crim. P. 32.2]

**I.**
<u>**Drug Violations and Forfeiture Statutes**</u>
**[Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, subject to forfeiture pursuant to Title 21 USC §§ 853(a)(1) and (2)]**

As a result of the foregoing criminal violations set forth in Counts Three through Five, the United States of America gives notice to Defendants **JOSE MORALES (1), ENRIQUE OBREGON a.k.a. ENRIQUE OBREGON-NAKAO (2), MARIO HERRERA PALOMO (3), and ERICA CARREON** of its intent to seek the forfeiture of the below described properties upon conviction and pursuant to Fed. R. Crim. P. Rule 32.2 and Title 21 USC §§ 853(a)(1) and (2), which state:

> **Title 21 USC § 853. Criminal forfeitures**
>
>> **(a) Property subject to criminal forfeitures.**
>> Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law –
>>
>>> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;

3

(2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; ...

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Daphne D. Newaz
Assistant United States Attorney